UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GGP-Providence Place LLC et al
Plaintiffs

v. Civil Action No. 1:26-cv-40217-ADB

Hitesh (Harry) Harjani et al
Defendants

# ORDER OF REMAND

Burroughs, DJ

In accordance with this Court's Order dated October 1, 2026, it is hereby ordered that this case be REMANDED to the Rhode Island Sixth Division District Court.

BY THE COURT,

/s/ Caetlin McManus

Deputy Clerk

DATED: October 1, 2026