**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
John Joseph Moakley United States Courthouse
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**ROBERT M. FARRELL**
CLERK OF COURT

**TO: Office of the Clerk**

Rhode Island Sixth Division District Court
One Dorrance Plaza
Providence, RI 02903

RE: Russo et al v. Harjani et al

**CIVIL ACTION #:** 6CA-26-10388
6CA-26-10389

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on by the Honorable Allison D. Burroughs .

The following documents are included in our file and transmitted herewith:

(X ) Certified copy of the docket entries;

( X ) Certified copy of Order of Remand;

( X ) Original documents numbered 1- 7

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,
ROBERT M. FARRELL
CLERK OF COURT

Date: October 1, 2026

Deputy Clerk

The documents listed above were received by me on ________________________ and assigned the following case number: ______________________

By: /s/ Caetlin McManus
Deputy Clerk